## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michele Sims−Pesnaux

                                                                                                       Plaintiff,

v.                                                                                                                Case No.: 1:23−cv−03539
                                                                                                               Honorable LaShonda A. Hunt

Cooper's Hawk Intermediate Holding, LLC

                                                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 13, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Stipulation of Dismissal With Prejudice this action is dismissed with prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.